**RECEIVED**

MAR 1 5 2019

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Terrence Samuel Crowley )

🅟. )

 )
 )
 )
 )
 )
*(Write the full name of each plaintiff* )
*who is filing this complaint.  If the* )
*names of all the plaintiffs cannot fit in* )
*the space above, please write "see* )
*attached" in the space and attach an* )
*additional page with the full list of* )
*names.)* )
 )
 )
v. )
Providence )
 Health + Services )
 )
 )
 )
*(Write the full name of each defendant.* )
*The caption must include the names of* )
*all of the parties. Fed. R. Civ. P. 10(a).* )
*Merely listing one party and writing "et* )
*al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Complaint for a Civil Case

Case No.
*(to be assigned by Clerk of
District Court)*

Plaintiff requests trial by jury:

☐ Yes   ☐ No

## CIVIL COMPLAINT

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepaying fees or costs.*

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

| | |
|---|---|
| Name | Terrence Samuel Crowley |
| Street Address | 2636 ElhaRose Drive |
| City and County | Jennings |
| State and Zip Code | Missouri , 63136 |
| Telephone Number | 907-229-4316 |
| E-mail Address | Savetheprople.907@outlook.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the
defendant is an individual, a government agency, an organization, or a corporation. For
an individual defendant, include the person's job or title (if known). Attach additional
pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Providence Health + Services |
| Job or Title | Providence Alaska Medical Center |
| Street Address | 3200 Providence Drive |
| City and County | Anchorage |
| State and Zip Code | Alaska , 99508 |
| Telephone Number | 907-562-2211 |
| E-mail Address | N/A |

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.  If you are
suing for violation of your civil rights, you must state whether you are suing
each defendant in an official capacity, individual capacity, or both.)*

2

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.   Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights - Discrimination

### B.   Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

NA

### C.   Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.   The Plaintiff(s)  N/A

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.    The Defendant(s)

If the defendant is an individual

The defendant, *(name)* Terrence Samuel Crowley , is a citizen

of the State of *(name)* Missouri _____ Or is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ Or

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):* $ 500,000,000.00

Five hundred million dollars

4

### III. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

See Attached

### IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments. Five hundred million Dollars

A-Non Discrimination Campaign

Discrimination Training for Hospital staff

5

On March 15,2017 Terrence Samuel Crowley visited the emergency room at Providence Hospital emergency room and registered for medical assistance feeling extremely unwell in Anchorage, Alaska.

After being admitted to the emergency room and being seen by a doctor Mr. Crowley sent for a medical scan and returned to his assigned room. Awaiting the results and to spoken to by the medical staff Mr. Crowley feel asleep. The following Incurred.

Mr. Crowley committing no infraction whatsoever was aggressively awakened by security personnel saying, "Get up you have to leave, you need to go!" as he stood over Mr. Crowley laying in the hospital bed. Mr. Crowley without discussion of any kind sat up in his hospital bed still dressed in his hospital gown.

After making a quick observation of the room, Mr. Crowley saw that there was documentation on top of his clothes which where in a chair in plain view. The door to the room was open exposing the hallway allowing clear line of sight within the room, there was no privacy curtain or partition between Mr. Crowley or the security personnel and or the door to the room.

Mr. Crowley then got out the bed and walked over to his clothes and documentation, while picking up the documentation attempting to review it having not spoken to any medical staff and calmly asking the security personnel to speak with medical staff.

The security personnel continued being verbally aggressive, as well as aggressive in his physical posture continuously Mr. Crowley" hurry up you have to leave, and no he could not speak to medical staff*.

Mr. Crowley was forced to take off his hospital gown and get dressed in front of the security personnel who refused to leave the room or allow Mr. Crowley privacy to get undressed and redressed. There was a female nurse in plain view of Mr. Crowley in the hallway as well as a visible security camera on the ceiling.

Mr. Crowley after being forced to get dressed in front of security personnel was again told no that he couldn't speak to medical staff to receive information about what was diagnosed about his emergency room visit and that he *Has to leave now, you have to leave". The security personnel then proceeded to escort Mr. Crowley up the hallway walking extremely close to Mr. Crowley parading him past hospital staff and or any other person whom may have been able to see them walking up the hallway to the exit doors into the emergency room lobby.

Upon entering the emergency room lobby Mr. Crowley attempted to sit down to review his discharge summary which was never explained to him being prevented from speaking to hospital staff was then told by the security personnel again he had to leave, that he could not be on the Providence Hospital campus and proceeded to say to Mr. Crowley : How are you leaving? Are you walking? Are you catching the bus?

Out of frustration Mr. Crowley finally realizing that he was being Discriminated against said "Fuck You" and began to walk to the exit doors to leave the emergency room, there is a coffee shop located inside the entrance and or exit of the emergency room Mr. Crowley went and got in line to purchase coffee.

The security personnel were standing there from following Mr. Crowley who proceeded to take out his car keys and wallet, Mr. Crowley calmly asked the security personnel if he would like a coffee, and then asked for the security personnel officers name and for the number to file a complaint. The security

personnel whose identification badge was turned backwards said "No". Mr. Crowley calmly asked again for the security personnel name and information to file a complaint and again was told "No".

During this time two additional security personnel came to the outside of the coffee shop entrance one appearing to be an African-American male, and one female security personnel never approaching or speaking to Mr. Crowley. After exiting the coffee shop and beginning his exit of the emergency room Mr. Crowley asked the security personnel whom appeared to be African-American security personnel for the information to file a complaint and he said "No".

Mr. Crowley then told him "If I was your son or relative, and you knew how he treated me you would be just as upset as I am" ,making reference to the security personnel that had escorted Mr. Crowley after awaking him and forcing him to get undressed and redressed in front of him and denying Mr. Crowley to speak with medical staff without cause or any kind of infraction that would warrant such behavior or action. Mr. Crowley exited the emergency room and left the hospital campus without incident.

On April 21,2017 Mr. Terrence Samuel Crowley arrived at the Providence Hospital emergency room providing transportation for Ms. Lisa Rutzebeck to be seen and back to her place of residence if she was admitted to the hospital from her medical emergency.

Mr. Crowley parked and went into the emergency room lobby to wait for Ms. Rutzebeck, upon going to be seated and putting his belongings down Mr. Crowley noticed within the Security observation post located in the lobby was the security personnel whom was directly involved during Mr. Crowley's emergency room visit on March 15,2017.

Mr. Crowley then saw another security personnel enter the security post, upon that security personnel exiting Mr. Crowley calmly approached him asking him to speak to a supervisor he sharply replied, "for what!". Mr. Crowley calmly replied because he needed to speak with a supervisor about an incident. The security personnel walked towards the security office, the security personnel from the March 15,2017 incident remained within the security post.

Mr. Crowley was then approached by three security personnel one identifying himself as the supervisor and said first your going to have to give me that knife on your hip you can't have that in here.

Mr. Crowley calmly told the supervisor that he apologized and that he was not aware that he couldn't have the knife in the emergency room and was it ok for him to go put the knife in his vehicle, the supervisor said yes that was fine. Mr. Crowley left out calmly in compliance with the supervisor's permission.

Upon Mr. Crowley re-entering the security personnel supervisor and two other security personnel where waiting at the entrance Mr. Crowley returned with a book in his hand and began explaining the afore-mentioned incident that occurred in March not sure at that time of the exact day.

So, Mr. Crowley went to the registration window located directly in front of him and the security personnel to ask for the information of his last visit.

The person at the registration window told Mr. Crowley that he Had to register to be seen to be given that information although Mr. Crowley was providing his State of Alaska Identification Card. The person said what do you want to be seen for? Mr. Crowley said, "my back I guess". He was then given his last visit information of March 15,2017.

Mr. Crowley informed the security personnel supervisor he simply just wanted the primary security personnel that was involved on March 15,2017 to apologize to him. The supervisors reply was "No I'm not going to do that". Mr. Crowley calmly informed that he didn't understand why he was treated like that and that an apology was all that he wanted. The supervisor said he had the information and he'd investigate it.

Mr. Crowley mentally distraught went through the process of being admitted to the emergency room where he then began to suffer a mental breakdown and began crying unconsolably and repeating over and over out loud that he just wanted an apology. He called his mother who was unable to console him as Mr. Crowley kept saying he didn't understand, that he was sleeping, mama I was just sick I wasn't doing anything wrong, I was just sleeping, in reference to the incident in March. Several hospital staff members entered Mr. Crowley's room and he continuously repeated that all he wanted was an apology.

He was discharged after refusing medical treatment for his back.

Mr. Terrence Samuel Crowley has never been served or otherwise told that he was or would be Trespassing prior to nor after his emergency room visit.

The actions of the hospital staff and the security personnel not only violated hospital discrimination policy but also Mr. Crowley's civil rights as a citizen of The United States of America.

Mr. Terrence Samuel Crowley is an African-American male and had also used Providence Hospital prior to these events

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑   No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑   No ☐

Do you claim punitive monetary damages?

Yes ☑   No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15_ day of _MARch_, 20_19_.

Signature of Plaintiff(s) _____

6

JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS Terrence Samuel Crowley | DEFENDANTS Providence Health & Services |
|---|---|
| (b) County of Residence of First Listed Plaintiff St. Louis County *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant Anchorage, Alaska *(IN U.S. PLAINTIFF CASES ONLY)* NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question *(U.S. Government Not a Party)*

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Terrence Samuel Crowley )
)
Plaintiff, )
)
v. )     Case No.
)
Providence Health & Services )
Defendant, )
)
)

### ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☑ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

The undersigned affirms that the information provided above is true and correct.

Date: March 15, 2019

_____
Signature of Filing Party