# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TERRENCE SAMUEL CROWLEY,<br>　　　　　　　　　Plaintiff,<br>vs.<br>PROVIDENCE HEALTH SERVICES*,*<br>　　　　　　　　　Defendants. | Case No. 3:19-cv-00203-TMB |

## **ORDER OF DISMISSAL**

Terrence Samuel Crowley filed a civil rights complaint in the United States District Court for the Eastern District of Missouri, which was transferred to this Court.[1] Mr. Crowley alleged that on March 15, 2017, Providence Health Services discriminated against him in Anchorage, Alaska.[2]

On September 10, 2019, this Court issued an Order of Dismissal with Leave to Amend advising Mr. Crowley of the deficiencies in his complaint and instructing him to either submit an amended complaint or a notice of voluntary dismissal by October 11, 2019.[3] Additionally, the Court cautioned that "If Mr. Crowley fails to fully comply with this Order on or before **October 11, 2019,** this case will be dismissed without further notice."

---

[1] Dockets 1, 4.

[2] Docket 1 at 6-8.

[3] Docket 7.

Mr. Crowley has filed neither an amended complaint, nor a notice of voluntary dismissal. Mr. Crowley has not complied with the Court's prior order. Therefore, this case is **DISMISSED.**

**IS IT SO ORDERED**.

DATED at Anchorage, Alaska, this 21st day of October, 2019.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

3:19-cv-00203-TMB, *Crowley v. Providence Health Services*
Order of Dismissal
Page 2 of 2
Case 3:19-cv-00203-TMB   Document 8   Filed 10/21/19   Page 2 of 2